IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| RONALD LEWIS THIERFELDER, | 10-CV-1275-BR |
| Plaintiff, | |
| v. | JUDGMENT OF DISMISSAL |
| FISHING VESSEL NORTH WIND, INC., RESEARCH VESSEL BLUEFIN, AND MARK FENNER | |
| Defendnants. | |

Based on the Stipulation and Order to Transfer Venue (#10) signed December 27, 2010, this action shall be transferred to the United State District Court for the Western District of Washington for all further proceedings.

**IT IS SO ORDERED.**

DATED this 27rd day of December, 2010.

*Anna J. Brown*
ANNA J. BROWN
United States District Judge

JUDGMENT OF DISMISSAL